IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

FILED
JAN - 9 2013
WILLIAM B. GUTHRIE
Clerk, U.S. District Court
By_____
Deputy Clerk

OMAR H. COLE,

        Plaintiff,

No. CIV 12-435-RAW-SPS

KEN GRACE, et al.,

        Defendants.

## OPINION AND ORDER

On October 22, 2012, plaintiff filed this complaint with a motion for leave to proceed *in forma pauperis*. The motion was granted on November 20, 2012, and he was directed to pay an initial partial filing fee within twenty days. On November 26, 2012, plaintiff's copy of the order granting leave to proceed *in forma pauperis* was returned to the court with the notation that plaintiff was "gone." He has made no further contact with the court.

Plaintiff has failed to advise the court of his current address, as required by Local Civil Rule 5.5(a). Therefore, this action is dismissed for failure to prosecute. *See United States ex rel. Jimenez v. Health Net, Inc.*, 400 F.3d 853, 854-56 (10th Cir. 2005) (dismissing appeal sua sponte for failure to prosecute because appellant disappeared and failed to meet court deadlines).

**ACCORDINGLY**, this action is, in all respects, DISMISSED WITHOUT PREJUDICE for failure to prosecute.

**IT IS SO ORDERED** this 9th day of January 2013.

RONALD A. WHITE
UNITED STATES DISTRICT JUDGE